TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00679-CR







Luis Torres Govea, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT


NO. CR-00-458, HONORABLE JACK ROBISON, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Ariel Payan, is ordered to tender a brief in this cause no later than August 12, 2002. 
No further extension of time will be granted.

It is ordered July 2, 2002. 


Before Justices Kidd, Patterson and Puryear

Do Not Publish